United States District Court
Southern District of Texas
**ENTERED**
November 23, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ALISHA LEWIS, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:21-CV-2004 |
| § | |
| LIFE INSURANCE COMPANY OF § | |
| NORTH AMERICA, § | |
| § | |
| Defendant. § | |

## ORDER OF DISMISSAL WITH PREJUDICE

The Court has considered the Plaintiff's Motion to Dismiss with prejudice all claims against Defendant Life Insurance Company of North America and hereby finds that the motion should be **GRANTED**.

Accordingly, it is hereby **ORDERED** that all claims asserted against any party in the above-captioned lawsuit are hereby **DISMISSED WITH PREJUDICE** to their being re-filed.

Each party shall bear its own attorneys' fees and costs.

SIGNED at Houston, Texas, this 23rd day of November, 2021.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE